UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER GIANAKOPOULOS, et al.,<br><br>   Plaintiffs,<br><br> v.<br><br>TWITTER, INC.,<br><br>   Defendant. | Case No. 22-cv-04674-AGT<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Sallie Kim for consideration of whether the case is related to *Price v. Twitter, Inc.*, No. 22-cv-03173-SK.

**IT IS SO ORDERED.**

Dated: September 20, 2022

_____
ALEX G. TSE
United States Magistrate Judge